# Marzec Law Firm, P.C.

**Darius A. Marzec Is Licensed To Practice Law In: New York
New Jersey • Connecticut • Massachusetts • Pennsylvania
Washington, D.C. • Illinois • Florida • California • Hawaii**

**BROOKLYN OFFICE**
776A Manhattan Ave., Ste 104
Brooklyn, NY 11222
Phone: (718) 609-0303
Facsimile (718) 841-7508
dmarzec@marzeclaw.com

**Via ECF**

October 8, 2024

Honorable Eric R. Komitee
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  Brulinski vs. Chateau GC, LLC, et al.
  Case No.: 1:22-cv-03238 (EK) (CLP)

Dear Judge Komitee:

This office represents the Plaintiffs in the above-referenced action. The Court should respectfully note that Defendants' motion to dismiss was filed on May 3, 2023 and has not yet been decided.

Respectfully,

*/s/ Darius Marzec*

Darius A. Marzec, Esq.

CC:  Kerry K. Jardine, Esq. via ECF and email (kjardine@grsm.com)