UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
MARIUSZ BRULINSKI AND KRYSTIAN
STOLARZ, individually and on behalf of all
other persons similarly situated,

        Plaintiffs,                                      JUDGMENT

   v.                                               22-CV-3238 (EK)(CLP)

CHATEAU GC, LLC, PROGRESSIVE
MAINTENANCE, LLC, and PRESTIGE
EMPLOYEE ADMINISTRATORS, LLC,

        Defendants.
------------------------------------------------------------ X

       A Memorandum and Order of Honorable Eric Komitee, United States District Judge, having been filed on September 28, 2025, granting the motion to dismiss; dismissing the FCA claim with prejudice; dismissing the remaining federal claims without prejudice; and dismissing the state-law claims without prejudice; it is

       ORDERED and ADJUDGED that the motion to dismiss is granted; the FCA claim is dismissed with prejudice; the remaining federal claims are dismissed without prejudice; and the state-law claims are also dismissed without prejudice.

Dated: Brooklyn, NY                                                                      Brenna B. Mahoney
          September 29, 2025                                                Clerk of Court

                                                                           By: */s/Jalitza Poveda*
                                                                               Deputy Clerk